IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAREN SHIVVERS and DANIEL    )
SHIVVERS, individuals,       )
                             )
          Plaintiffs,        )     8:12CV138
                             )
     v.                      )
                             )
VANDE KAMP TRUCKING, INC., an)     ORDER
Iowa corporation, and CECIL L.)
SCHLAMPP, an individual,     )
                             )
          Defendants.        )
_____)
```

      This matter is before the Court on plaintiffs' motion to extend time for filing report of parties' planning conference (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiffs' motion is granted; the parties shall have until August 6, 1012, to file their report of parties' planning conference.

      DATED this 18th day of July, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court